[No. 42662-1-I.   Division One.   June 1, 1999.]

DEBRA M. SIEVERS, *Appellant*, v. THE CITY OF MOUNTLAKE
TERRACE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-15969-5, Jeffrey M. Ramsdell, J., entered
April 10, 1998. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Coleman and Ellington, JJ. Now
published at 97 Wn. App. 181.

[No. 42693-1-I.   Division One.   June 1, 1999.]

LYNNE L. WEBSTER, *Appellant*, v. COASTAL
TRANSPORTATION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-12799-8, Donald D. Haley, J., entered April
23, 1998. *Affirmed in part* and *remanded* by unpublished
opinion per Agid, A.C.J., concurred in by Webster and Cox,
JJ.

[No. 42699-1-I.   Division One.   June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD F.
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-05746-1, Charles V. Johnson, J., entered
April 28, 1998. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[No. 42743-1-I.   Division One.   June 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROY
PARNELL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-08729-1, Ann Schindler, J., entered May
18, 1998. *Affirmed* by unpublished per curiam opinion.